NORA MOYER, Respondent, v. CHARLES G. SEAMANS, Appellant.— Judgment

and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.